9 U.S. 280
 5 Cranch 280
 3 L.Ed. 101
 THE UNITED STATES
v.
EVANS.
 February Term, 1809
 
 1
 ERROR to the district court for the Kentucky district.
 
 
 2
 In the court below, the judge at the trial rejected certain testimony which was offered by the attorney for the United States, who thereupon took a bill of exceptions, and became nonsuit, and afterwards, at the same term, moved the court to set aside the nonsuit and grant a new trial, upon the ground that the judge had erred in rejecting the testimony. But the court overruled the motion, and refused a new trial; whereupon the attorney for the United States sued out his writ of error.
 
 
 3
 The case was submitted by the Attorney-General and Rowan, without argument.
 
 
 4
 MARSHALL, Ch. J. delivered the opinion of the court, that in such a case, where there has been a nonsuit, and a motion to reinstate overruled, the court could not interfere.
 
 
 5
 Judgment affirmed.